# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASSA ABLOY AMERICAS RESIDENTIAL, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>ARROW MERCHANTS LLC<br>DBA BHNV GROUP and<br>JOHN DOES 1-10,<br><br>      Defendants.<br><br>ARROW MERCHANTS LLC,<br><br>      Counterclaim-Plaintiff,<br><br>  v.<br><br>SPECTRUM BRANDS, INC.;<br>ASSA ABLOY AB; and<br>ASSA ABLOY AMERICAS RESIDENTIAL, INC.,<br><br>      Counterclaim-Defendants. | Civil Action No. 1:22-cv-00992-ESK-MJS<br><br><br>**ORDER** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim-Defendant ASSA ABLOY Americas Residential, Inc., Counterclaim-Defendant Spectrum Brands, Inc., Counterclaim-Defendant ASSA ABLOY AB, and Defendant/Counterclaimant Arrow Merchants LLC stipulate to the dismissal of all claims and counterclaims asserted in the above-captioned action, with prejudice. Each party agrees to bear its own respective costs, expenses, and attorneys' fees in this matter.

Respectfully submitted,

Dated: March 7, 2025

By: <u>s/ Susan M. Kennedy (with permission)</u>
    Susan M. Kennedy (Bar No. 018391990)
    WIGGIN AND DANA LLP
    50 S. 16 Street, Suite 2925
    Philadelphia, PA 19102
    Tel.:   (215) 988-8320
    Email: skennedy@wiggin.com

    Timothy A. Diemand (*pro hac vice*)
    Robyn E. Gallagher (*pro hac vice*)
    WIGGIN AND DANA LLP
    20 Church Street
    Hartford, CT 06103
    Tel.:   (860) 297-3700
    Email: tdiemand@wiggin.com
           rgallagher@wiggin.com

    Benjamin H. Diessel (*pro hac vice*)
    WIGGIN AND DANA LLP
    265 Church Street
    New Haven, CT 06508
    Tel.:   (203) 498-4400
    Email: bdiessel@wiggin.com

    ***Attorneys for Counterclaim-Defendant ASSA ABLOY AB***


By: <u>s/ Rodman E. Honecker (with permission)</u>
    Rodman E. Honecker (Bar No. 022691993)
    WINDELS MARX LANE &
    MITTENDORF, LLP
    120 Albany Street Plaza
    New Brunswick, NJ 08901
    Tel.:   (732) 846-7600
    Email: rhonecker@windelsmarx.com

    ***Attorneys for Plaintiff/Counterclaim-Defendant ASSA ABLOY Americas Residential, Inc. & Counterclaim-Defendant Spectrum Brands, Inc.***

Dated: March 7, 2025

By: <u>s/ Mark Berkowitz</u>
    Mark Berkowitz (Bar No. 232472017)
    TARTER KRINSKY & DROGIN LLP
    1350 Broadway
    New York, NY 10018
    Tel.:   (212) 216-8000
    Fax:   (212) 216-8001
    E-mail: mberkowitz@tarterkrinsky.com

    ***Attorneys for Defendant/Counterclaimant Arrow Merchants LLC***


    **So Ordered.**

    <u>    /s/ Edward S. Kiel    </u>
    **Edward S. Kiel, U.S.D.J.**
    **Date: March 10, 2025**